1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  MICHAEL ARTINIAN, SBN 203443
   Specter & Willoughby, LP
7  4675 MacArthur Court, Suite 1150
   Newport Beach, CA 92660
8  Telephone: (949) 833-9400
   Facsimile: (949) 833-9425
9

10 Attorneys for Defendants
   CIRCLE K STORES INC. and CONOCOPHILLIPS COMPANY (Erroneously sued as
11 Conoco Inc.)

12

13

14
                        UNITED STATES DISTRICT COURT
15
                       EASTERN DISTRICT OF CALIFORNIA
16

17 SHERIE WHITE,                          Case No. CIV. S- 04-0352 FCD CMK

18         Plaintiff,

19         vs.                            **REQUEST FOR DISMISSAL AND**

20 CIRCLE K STORES INC.; and CONOCO       **ORDER THEREON**
   INC.,
21
           Defendants.
22

23 _____/

24

25

26

27

28

   Request for Dismissal and Order Thereon                    White v. Circle K Stores Inc., et al.
                                                                         CIV. S-04-0352 FCD CMK

1

2

3        TO THE COURT AND ALL PARTIES:

4        Pursuant to a Settlement Agreement and Release between plaintiff, Sherie

5  White, and defendants, Circle K Stores, Inc. and ConocoPhillips Company (Erroneously

6  sued as Conoco Inc.), the parties hereby request that all parties be dismissed with

7  prejudice from the above-entitled action.

   Dated: September 2, 2005              LAW OFFICES OF LYNN HUBBARD, III
8

9

10                                        /s/ LYNN HUBBARD, ESQUIRE            /
                                          LYNN HUBBARD, III
11                                        Attorneys for Plaintiff

12
   Dated: September 2, 2005              SPECTER & WILLOUGHBY, LP
13

14

15                                        Signature on File                    /
                                          MICHAEL ARTINIAN, ESQ.
16                                        Attorneys for Defendants CIRCLE K. STORES
                                          INC. and CONOCOPHILLIPS COMPANY
17                                        (erroneously sued as CONOCO INC.)

18

19

20                                  **ORDER**

21        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-

22  04-0352 FCD CMK, is hereby dismissed with prejudice.

23

24

25  Dated: September 2, 2005              /s/ Frank C. Damrell Jr.
                                          United States District Court Judge
26

27

28

Request for Dismissal and Order Thereon                    White v. Circle K Stores Inc., et al.
                                  - 2 -                     CIV. S-04-0352 FCD CMK